UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Levarn Smith, Jr., Angela Smith, and L. S., a minor,
by Levarn Smith, Jr., and Angela Smith, his Next Friends,

    Plaintiffs,                        Hon. Robert J. Jonker

v.                                      Case No. 1:23-cv-00736-RJJ-RSK

Kalamazoo Public Schools,

    Defendant.

---

| EDUCATORS LEGAL SERVICES, PLLC | CLARK HILL, PLLC |
|---|---|
| By: Robert A. Lusk (P38122) | By: Gregory N. Longworth |
| Attorney for Plaintiff | Attorney for Defendant |
| 9070 Campbell Creek Dr. | 200 Ottawa Ave., NW |
| Commerce Township, Michigan 48390 | Grand Rapids, MI 49503 |
| (248) 301-1944 | (616) 608-1104 |
| rlusk@educatorslegalservices.com | glongworth@clarkhill.com |

---

## CERTIFICATE OF SERVICE

Robert A. Lusk (P38122), attorney for Plaintiffs, certifies that, on December 4, 2024, he served a Notice of Taking Deposition Duces Tecum for Reuquiyah (Rikki) Saunders on Defendant's attorney, Gregory N. Longworth. Service was by email, to glongworth@clarkhill.com.

                                              EDUCATORS LEGAL SERVICES, PLLC

                                              By: */s/ Robert A. Lusk* (P38122)
                                              9070 Campbell Creek Drive
                                              Commerce Township, Michigan 48390
                                              (248) 301-1944
                                              rlusk@educatorslegalservices.com