AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Western District | District of | Michigan Southern Division |

Lee Smith, et al().

Plaintiff(s),

V.

Kalamazoo Public Schools

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-736

Notice is hereby given that, subject to approval by the court, __Lee Smith__ substitutes
(Party(s) Name)

__Megan N. Mitchell__, State Bar No. __P87213__ as counsel of record in
(Name of New Attorney)

place of __Robert A. Lusk__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Abdnour Weiker, LLP

Address: 325 E. Grand River Avenue, Suite 250, East Lansing, MI 48823

Telephone: (517) 994-1776      Facsimile (614) 417-5081

E-Mail (Optional): megan@education-rights.com

I consent to the above substitution.

Date: 1/20/2025

*Angela Smith (Jan 24, 2025 14:08 EST)*
*Buster Smith (Jan 27, 2025 11:52 EST)*
(Signature of Party(s))

I consent to being substituted.

Date: 1/20/2025

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 1/20/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]