AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Michigan Southern Division__

Levarn Smith Jr. et al.,
  Plaintiff(s),
V.
Kalamazoo Public Schools
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-736

Notice is hereby given that, subject to approval by the court, __Levarn Smith Jr. et al.__ substitutes
(Party(s) Name)

__Elizabeth K. Abdnour__, State Bar No. __P78203__ as counsel of record in
(Name of New Attorney)

place of __Robert A. Lusk__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Abdnour Weiker, LLP
- Address: 325 E. Grand River Avenue, Suite 250, East Lansing, MI 48823
- Telephone: (517) 994-1776    Facsimile: (614) 417-5081
- E-Mail (Optional): liz@education-rights.com

I consent to the above substitution.
Date: 1/20/2025

*Angela Smith (Jan 24, 2025 14:03 EST)*
*(Jan 27, 2025 11:51 EST)*
(Signature of Party(s))

I consent to being substituted.
Date: 1/20/2025

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/20/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]