AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Michigan Southern Division__

Levarn Smith Jr., et al.

          Plaintiff (s),

V.

Kalamazoo Public Schools

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:23-cv-736__

Notice is hereby given that, subject to approval by the court, __Levarn Smith Jr. et. al.__ substitutes
(Party (s) Name)

__Megan N. Mitchell__, State Bar No. __P87213__ as counsel of record in
(Name of New Attorney)

place of __Robert A. Lusk__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Abdnour Weiker, LLP
Address: 325 E. Grand River Avenue, Suite 250, East Lansing, MI 48823
Telephone: (517) 994 1776    Facsimile (614) 417-5081
E-Mail (Optional): megan@education-rights.com

I consent to the above substitution.
Date: 1/20/2025

*Angela Smith (Jan 24, 2025 14:08 EST)*
*Buster Smith (Jan 27, 2025 11:52 EST)*
(Signature of Party (s))

I consent to being substituted.
Date: 1/20/2025

*Robert A. Lusk*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/20/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]