AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Michigan Southern Division_____

Levarn Smith Jr. et al.,
              Plaintiff (s),
V.
Kalamazoo Public Schools
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-736

Notice is hereby given that, subject to approval by the court, __Levarn Smith Jr. et al.__ substitutes
(Party (s) Name)

__Elizabeth K. Abdnour__, State Bar No. __P78203__ as counsel of record in
(Name of New Attorney)

place of __Robert A. Lusk__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Abdnour Weiker, LLP
    Address:    325 E. Grand River Avenue, Suite 250, East Lansing, MI 48823
    Telephone:    (517) 994-1776    Facsimile  (614) 417-5081
    E-Mail (Optional):    liz@education-rights.com

I consent to the above substitution.
Date:    1/20/2025

*Angela Smith (Jan 24, 2025 14:03 EST)*

(Signature of Party (s))

I consent to being substituted.
Date:    1/20/2025

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    1/20/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    February 5, 2025               /s/ Robert J. Jonker
                                                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]