UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| L.S., a minor, by LEE SMITH and ANGELA SMITH, his Next Friends, | Case No. 1:23-cv-00736-RJJ-RSK |
| Plaintiff, | |
| v. | |
| KALAMAZOO PUBLIC SCHOOLS, | Hon. Robert J. Jonker |
| Defendant. | |

## FED. R. CIV. P. 26(f) AMENDED JOINT STATUS REPORT

The parties, by and through their counsel pursuant to Fed. R. Civ. P. 26(f), present to this Court the following Amended Joint Discovery Plan. On September 12, 2023, the Parties filed an initial Joint Status Report. ECF No. 13. On September 20, 2023, the Court entered a First Case Management Order. ECF No. 17. On November 3, 2024, the Court entered a Stipulated Second Order Amending Case Management Orders. ECF No. 76.

On December 18, 2024, Plaintiff's prior counsel, Robert Lusk, had to withdraw from the matter due to a serious health condition. On February 5, 2025, this Court entered Orders permitting attorneys Elizabeth Abdnour and Megan Mitchell to enter their appearances on behalf of Plaintiff. ECF Nos. 91 and 92.

There is currently a matter pending in Kalamazoo County Circuit Court which involves the same subject matter as the present matter in which Plaintiff seeks relief under Michigan's Persons with Disabilities Civil Rights Act against Defendant, Case No. 2024-0024-NZ. On February 20, 2025, that court entered a Stipulated Amended Scheduling Order modifying the previously

1

scheduled dates to permit Plaintiff's new counsel to get up to speed on the matter to properly represent Plaintiffs. That Order provided the following new deadlines for the state case:

- Discovery will end in the case on July 31, 2025.
- Dispositive Motions are due by August 31, 2025.

*See* Exhibit 1.

A Second Rule 16 Scheduling Conference is scheduled for March 18, 2025 at 4:00 p.m. before the Hon. Judge Robert J. Jonker. Appearing for the parties as counsel will be: Elizabeth K. Abdnour for Plaintiff, Megan N. Mitchell for Plaintiff, and Gregory N. Longworth for Defendant.

1. Jurisdiction: No change from prior orders.
2. Jury or Non-Jury: No change from Joint Status Report. ECF No. 13.
3. Judicial Availability: No change from Joint Status Report. ECF No. 13.
4. Statement of the Case: No change from Joint Status Report. ECF No. 13.
5. Joinder of Parties and Amendment of Pleadings: No change from prior orders.
6. Disclosures and Exchanges: No change from prior orders.
7. Discovery: The parties recommend the following modification to the prior orders:
    a. Completion of Discovery: **June 18, 2025**
8. Motions: The parties recommend the following modifications to the prior orders:
    a. Dispositive Motions: **July 31, 2025**
9. Alternative Dispute Resolution: The parties recommend the following modification to the prior orders:
    a. ADR to take place on or before **August 29, 2025**
    b. The Parties recommend a settlement conference facilitated by a Magistrate Judge.
10. Length of Trial: No change from Joint Status Report. ECF No. 13.

2

11. <u>Prospects of Settlement</u>: The Parties have engaged in informal settlement discussions which have not resulted in settlement.

12. <u>Electronic Document Filing System:</u> No change from Joint Status Report.  ECF No. 13.

13. <u>Other</u>: N/A

Respectfully submitted,

<u>*s/ Elizabeth K. Abdnour*</u>
Elizabeth K. Abdnour (P78203)
Megan N. Mitchell (P87312)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
megan@education-rights.com

*Attorneys for Plaintiffs*


<u>*s/ with permission Gregory L. Longworth*</u>
Gregory N. Longworth (P49249)
Marshall W. Grate (P37728)
Jordan M. Bullinger (P72441)
CLARK HILL PLC
200 Ottawa Ave. NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1126
glongworth@clarkhill.com
mgrate@clarkhill.com
jbullinger@clarkhill.com

*Attorneys  for Defendant*