**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF KALAMAZOO**

FILED
FEB 2 0 2025
9TH JUDICIAL CIRCUIT
COUNTY OF KALAMAZOO
KALAMAZOO, MICHIGAN

LEVARN (BUSTER) SMITH JR.,
ANGELA SMITH AND L.S., a MINOR
by LEVARN (BUSTER) SMITH, JR.
and ANGELA SMITH, his NEXT FRIENDS,

CASE NO.: 2024-0024-NZ

    Plaintiffs,

HON. CURTIS J. BELL

v.

**KALAMAZOO PUBLIC SCHOOLS,**

    Defendant.

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Megan N. Mitchell (P87213)<br>ABDNOUR WEIKER LLP<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(517) 994-1776<br>liz@education-rights.com<br>megan@education-rights.com<br>*Attorneys for Plaintiffs* | Gregory Longworth (P49249)<br>Marshall W. Grate (P37728)<br>Jordan M. Bullinger (P72441)<br>CLARK HILL PLC<br>Grand Rapids, MI 49503<br>(616) 608-1146<br>glongworth@clarkhill.com<br>mgrate@clarkhill.com<br>jbullinger@clarkhill.com<br>*Attorneys for Defendant* |

## STIPULATED AMENDED SCHEDULING ORDER

At a session of Court held in the City of Kalamazoo,
Kalamazoo County, Michigan on February 20, 2025

**PRESENT:** Hon. Curtis J. Bell

The Court, having reviewed the parties' Stipulation for Amended Scheduling Order and being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the January 23, 2025 Scheduling Conference Order is amended as follows:

1. Trial will commence on January 13, 2026, at 8:30 AM, in Courtroom E at Gull Road Justice Complex 1536 Gull Road, Kalamazoo, MI 49048.

1

2. Final Settlement Conference is set for January 2, 2026, at 8:30 AM via Zoom (Meeting ID: 427 723 9751 Password: 056913).

3. Proposed Jury Instructions and Verdict Form are due at the time of the Settlement Conference.

4. Motions in Limine must be heard no later than 14 days before the commencement of Trial. The Court recommends filing any such motions at least 45 days before the hearing cutoff to ensure that the motions are timely heard.

5. Discovery will end on July 31, 2025.

6. Dispositive Motions are due by on August 31, 2025.

This is not a final order and does not close this case.

February 20, 2025

HON. CURTIS J. BELL
CIRCUIT COURT JUDGE