UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEVARN SMITH, JR, et al.,

       Plaintiffs,                                 Case No. 1:23-cv-00736-RJJ-RSK

    v.

KALAMAZOO PUBLIC SCHOOLS,

       Defendant.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Elizabeth Abdnour

RE: Status Report – #93

REASON FOR NOTICE: Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION: None.

INFORMATION FOR FUTURE REFERENCE: Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                        CLERK OF COURT

Dated: March 12, 2025        By:   /s/ P. Woods_____
                                                   Deputy Clerk