**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
_____

**MINUTES**

LEVARN SMITH, JR. et al.,

v.

KALAMAZOO PUBLIC SCHOOLS et al.

**CASE NO.** 1:23-cv-736
**DATE:** March 18, 2025
**TIME:** 4:07 – 4:24 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Elizabeth Kamm Abdnour

**DEFENDANTS:**
Gregory N. Longworth

## PROCEEDINGS

**NATURE OF HEARING:**
Second Rule 16 Scheduling Conference held; Third Case Management Order to enter.


COURT REPORTER:  Paul Brandell          /s/   S. Carpenter
                                              Case Manager