UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.S., a minor, by LEE SMITH and
ANGELA SMITH, his Next Friends,

Plaintiffs,

v.

KALAMAZOO PUBLIC SCHOOLS,

Defendant.

Case No. 1:23-cv-736

Hon. Robert J. Jonker

## STIPULATION AND ORDER TO SET DEADLINE TO FINALIZE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant that the deadline for the parties to file dismissal papers in the above captioned case shall be August 29, 2025.

The Parties respectfully request this length of time as they are working out the details of the recently agreed upon settlement and finalizing the formal written agreement. In addition, Defendant's counsel will be out of the country until July 7, 2025, and Plaintiff's counsel will be on vacation July 3-11, 2025.

No Party will be prejudiced by setting these the deadlines in this matter.

**IT IS SO STIPULATED** on July 2, 2025.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | *s/ Gregory Longworth (w/ perm.)* |
| Elizabeth K. Abdnour (P78203) | Gregory Longworth (P49249) |
| Megan N. Mitchell (P87213) | Marshall W. Grate (P37728) |
| ABDNOUR WEIKER, LLP | Jordan M. Bullinger (P72441) |
| 325 E. Grand River Ave., Ste. 250 | CLARK HILL, PLC |
| East Lansing, MI 48823 | 200 Ottawa NW, Ste. 500 |
| (517) 994-1776 | Grand Rapids, MI 49503 |
| liz@education-rights.com | (616) 608-1146 |

megan@education-rights.com  
*Attorneys for Plaintiffs*

glongworth@clarkhill.com  
mgrate@clarkhill.com  
jbullinger@clarkhill.com  
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: July 3, 2025

/s/ Robert J. Jonker  
Hon. Robert J. Jonker  
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on July 2**,** 2025, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

*s/ Elizabeth K. Abdnour*