UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.S., a minor, by LEE SMITH and
ANGELA SMITH, his Next Friends,

Case No. 1:23-cv-736
Hon. Robert J. Jonker

Plaintiffs,

v. KALAMAZOO PUBLIC SCHOOLS,

Defendant.

_____

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FINALIZE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant that the deadline for the parties to file dismissal papers in the above captioned case should be extended to October 31, 2025. The Parties respectfully request this extension of the deadline currently set for August 29, 2025, as Plaintiff's attorney Liz Abdnour has had an unexpected family emergency and is unavailable, and the Plaintiffs had to wait over a month in order to get an opinion from a tax attorney regarding the proposed settlement. Parties anticipate being able to finalize settlement by the extended date proposed above.

No Party will be prejudiced by extending these deadlines in this matter.

**IT IS SO STIPULATED** AUGUST 28, 2025.

| | |
|---|---|
| /s/ Elizabeth K. Abdnour | /s/ Gregory Longworth (w/ perm.) |
| Elizabeth K. Abdnour (P78203) | Gregory Longworth (P49249) |
| Megan N. Mitchell (P87213) | Marshall W. Grate (P37728) |
| ABDNOUR WEIKER, LLP | Jordan M. Bullinger (P72441) |
| 325 E. Grand River Ave., Ste. 250 | CLARK HILL, PLC |
| East Lansing, MI 48823 | 200 Ottawa NW, Ste. 500 |
| (517) 994-1776 | Grand Rapids, MI 49503 |
| liz@education-rights.com | (616) 608-1146 |
| megan@education-rights.com | glongworth@clarkhill.com |
| Attorneys for Plaintiffs | mgrate@clarkhill.com |
| | jbullinger@clarkhill.com |
| | Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated: September 2, 2025     /s/ Robert J. Jonker
                                            Hon. Robert J. Jonker
                                            U.S. District Court Judge