UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.S., a minor, by LEE SMITH and
ANGELA SMITH, his Next Friends,

Plaintiffs,

v.

KALAMAZOO PUBLIC SCHOOLS,

Defendant.

Case No. 1:23-cv-736

Hon. Robert J. Jonker

## STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant that the deadline for the parties to file dismissal papers in the above captioned case shall be December 5, 2025.

The Parties respectfully request this length of time as they are currently in the stage between signing of the settlement agreement and payment of the agreed-upon settlement, after which dismissal of this matter would be appropriate. The payment is not due until November 15, which is outside the current deadline to file dismissal papers of October 31.

No Party will be prejudiced by extending the deadlines in this matter.

**IT IS SO STIPULATED** on October 23, 2025.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | */s/Gregory Longworth* |
| Elizabeth K. Abdnour (P78203) | Gregory Longworth (P49249) |
| Megan N. Mitchell (P87213) | Marshall W. Grate (P37728) |
| ABDNOUR WEIKER, LLP | Jordan M. Bullinger (P72441) |
| 325 E. Grand River Ave., Ste. 250 | CLARK HILL, PLC |
| East Lansing, MI 48823 | 200 Ottawa NW, Ste. 500 |
| (517) 994-1776 | Grand Rapids, MI 49503 |
| liz@education-rights.com | (616) 608-1146 |

megan@education-rights.com
*Attorneys for Plaintiffs*

glongworth@clarkhill.com
mgrate@clarkhill.com
jbullinger@clarkhill.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: October 27, 2025

/s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2025, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

*s/*_____