UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LEVARN SMITH, JR., ANGELA SMITH, and
L.S., a minor, by LEVARN SMITH, JR. and
ANGELA SMITH, his Next Friends,

    Plaintiffs,

vs.

KALAMAZOO PUBLIC SCHOOLS,

    Defendant.

_____/

Case No. 1:23-cv-00736-RJJ-RSK

Hon. Robert J. Jonker

## STIPULATED ORDER OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(2), IT IS HEREBY ORDERED that Plaintiffs' Amended Complaint is DISMISSED WITH PREJUDICE, and no party shall recover attorney fees or costs.

Dated: _____ __, 2025

_____
HON. ROBERT J. JONKER

## STIPULATION

Plaintiffs and Defendant, by their respective counsel, stipulate to entry of the above Stipulated Order.

s/ Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs

s/ Gregory N. Longworth (P49249)
Attorney for Defendant